STATE of Missouri, Plaintiff/Respondent,

v.

Rickey MIMS, Defendant/Appellant.

Rickey MIMS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 64637, 66485.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 16, 1995.

Richard H. Sindel, Sindel & Sindel, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant Rickey Mims appeals his conviction, after a jury trial, of trafficking drugs in the second degree in violation of § 195.223 (Cum.Supp.1992), tampering in the first degree in violation of § 569.080 RSMo 1986, and possession of a controlled substance in violation of § 195.202 RSMo (Cum.Supp. 1992), on which he was sentenced as a prior and persistent offender to fifteen years imprisonment. Defendant also appeals from an order denying on the merits, after an evidentiary hearing, his Rule 29.15 motion. However, defendant has abandoned this appeal by failing to brief any errors with respect to the denial of post-conviction relief.

With respect to the direct appeal, no error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).